UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KNOW MIND ENTERPRISES, INC.,**

    **Plaintiff(s),**

v.                                  **CASE NO:  8:04-CV-1974-T-30MSS**

**GMCI INTERNET OPERATIONS, INC.,**
**et al.,**

    **Defendant(s).**
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal (Dkt. #45).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

    1)    This cause is dismissed.  Plaintiff's claims are dismissed with prejudice.  Defendants' counterclaims are dismissed without prejudice.

    2)    All pending motions are denied as moot.

    3)    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 2, 2006.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2004\04-cv-1974.dismissal.wpd*